FILED
2007 Mar-08  PM 09:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SARA CLOPTON, DANNY JOE TIDWELL, and S. T. STINSON, on behalf of themselves and other similarly situated<br><br>      Plaintiffs,<br><br>vs.<br><br>MONSANTO COMPANY, PHARMACIA COMPANY, and PFIZER, INC.,<br><br>      Defendants. | Civil Action Numbers<br>**2:03-cv-3369-UWC**<br>**2:03-cv-3371-UWC**<br>**2:03-cv-3374-UWC** |

## MEMORANDUM OPINION ON
## DEFENDANT PFIZER'S  MOTION FOR SUMMARY JUDGMENT

On February 14, 2007, Defendant Pfizer filed a motion, ( Doc. 193), seeking dismissal from the present action.  Plaintiffs have not filed a response.

The Court finds that  no genuine issue of disputed fact exists with respect to defendant Pfizer, Inc.  Accordingly, by separate order, the motion will be granted and Pfizer, Inc. will be dismissed with prejudice.



_____
U.W. Clemon
United States District Judge